MATTER OF YOUNG

In Visa Petition Proceedings

A-8869467

*Decided by District Director September 8, 1964*

First preference quota status under section 203(a)(1), Immigration and Nationality Act, as amended, as a dentist, is accorded the beneficiary of a petition filed by an organization—the Village of DeWitt, Michigan, which, acting on behalf of the community, desires, and has established an urgent need for, the services of the beneficiary—even though beneficiary will not be in the actual employ of the petitioner.

The petitioner, the Village of DeWitt, Michigan, seeks to bring a dentist to DeWitt as a private practitioner to provide dental services for the people in the community and the surrounding area. The population of DeWitt is 1,300 and 7,000 persons live in the surrounding area.

The petitioner requires a dentist with the degree of doctor of dental surgery. The nearest dentists are in Lansing, Michigan, eight miles away. Appointments must often be scheduled two to four months in advance. The Bureau of Employment Security has found that the occupation is one for which nationally the supply of available workers is inadequate to meet all demands.

The beneficiary is an unmarried, 32-year-old British subject, who was born in Hong Kong. He was admitted to the United States as a nonimmigrant. Evidence has been presented that he received the degree of doctor of dental surgery from the University of Detroit, Detroit, Michigan, in June 1963. He is employed as a dentist at Wayne County General Hospital, Eloise, Michigan,

Under section 203(a)(1)(A) of the Immigration and Nationality Act, first preference quota status may be accorded to "qualified quota immigrants whose services are determined by the Attorney General to be needed urgently in the United States because of the high education, technical training, specialized experience, or exceptional ability of such immigrants and to be substantially beneficial

prospectively to the national economy, cultural interests, or welfare of the United States".

Those who may file a visa petition under section 204(b) of the Act to have an alien classified as a first preference quota immigrant are "any person, institution, firm, organization, or governmental agency desiring to have an alien classified as an immigrant under * * * section 203(a)(1)(A)".

While the Village of DeWitt will not be the beneficiary's actual employer, it is an organization which, acting on behalf of the community, desires the services of the beneficiary and has established an urgent need for his services.

The beneficiary has the required high education and his services would be substantially beneficial prospectively to the welfare of the United States.

Since the requirements of the statute have been met, the petition will be approved.

ORDER: It is ordered that the petition be approved.